ADAM PAUL LAXALT
Attorney General
JOSHUA M. HALEN, Bar No. 13885
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1209
E-mail: jhalen@ag.nv.gov

*Attorneys for Defendants Michael McColl, Eugene Columbus, Ken Corzine, Matthew Smith, Michael Flamm, Brian Ward, Isidro Baca, Pauline Simmons, James Hogan, and Gagandeep Singh*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GORDON WALKER,<br><br>Plaintiff,<br><br>vs.<br><br>ISIDRO BACA, et al.,<br><br>Defendants. | Case No. 3:16-cv-00628-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff John Gordon Walker, appearing pro se, and Defendants Michael McColl, Eugene Columbus, Ken Corzine, Matthew Smith, Michael Flamm, Brian Ward, Isidro Baca, Pauline Simmons, James Hogan, and Gagandeep Singh, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Joshua M. Halen, Deputy Attorney General, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

DATED this 2nd day of February, 2018.

By: _____
JOHN GORDON WALKER
*Plaintiff, Pro Se*

DATED this 14th day of February, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
JOSHUA M. HALEN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendant*

IT IS SO ORDERED

_____
U.S. ~~MAGISTRATE~~ JUDGE

DATED February 22, 2018

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of February, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

> John Walker #1102404
> Care of NNCC Law Librarian
> Northern Nevada Correctional Center
> P.O. Box 7000
> Carson City, NV 89702
> lawlibrary@doc.nv.gov

_____
An employee of the Office
of the Attorney General